An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE ESTATE OF
CARL W. LAND, DECEASED,

No. 66681

RANDY LAND,
Appellant,
vs.
LORETTA BENNETT,
Respondent.

**FILED**

DEC 16 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order awarding damages in a probate matter. When this proper person appeal was docketed, this court gave appellant 40 days to file and serve his civil pro se appeal statement. Appellant's statement was due in this court by December 2, 2014. To date, appellant has failed to file his civil pro se appeal statement or otherwise comply with this court's directive. Accordingly, we conclude that appellant has abandoned this appeal, and we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

---

[1]In light of this order, we deny as moot appellant's November 18, 2014, motion to stay judgment pending appeal.

SUPREME COURT
OF
NEVADA

(O) 1947A

14-40897

cc: Hon. Gloria Sturman, District Judge
Randy Land
Hartwell Thalacker, Ltd.
Eighth District Court Clerk